**SIGNED.**

**Dated: December 22, 2009**



_____
**SARAH S. CURLEY
U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ALFONZO WATSON and<br>JOSIE Y. WATSON,<br><br>                 Debtors.<br><br>U.S. Bank National Association, as Trustee for Asset Backed Pass Through Certificates Series 2006-WMC1,<br><br>                 Movant,<br><br>vs.<br><br>ALFONZO WATSON and JOSIE Y. WATSON, Debtors; and ANTHONY H. MASON, Trustee,<br><br>                 Respondents. | Chapter 7<br><br>Case No. 09-bk-21004-SSC<br><br><br><br><br><br><br><br><br><br>ORDER DENYING MOTION FOR RELIEF FROM STAY WITHOUT PREJUDICE |

       This matter comes before the Court on a "Motion for Relief from Stay" filed on November 25, 2009 by U.S. Bank National Association, as Trustee for Asset Backed Pass Through Certificates Series 2006-WMC1 ("Movant"). The Court has reviewed the Motion and underlying exhibits and must deny the Motion without prejudice.

       The Movant alleges it is the proper party in interest as it is the holder of the beneficial interested in Debtor's Deed of Trust. In reviewing the Note and Deed of Trust, the Court must find that GE Money Bank ("GE") is the original noteholder under this loan. Pursuant to the "Corporate Assignment of Deed of Trust," MERS as nominee for GE assigned its

1  interest in the Deed of Trust and Note to America's Servicing Company as Servicer for U.S.
2  Bank National Association, as Trustee for Asset Backed Pass Through Certificates Series
3  2006-WMC1.  However, MERS is an entity whose sole purpose is to act as "mortgagee of
4  record" for mortgage loans that are registered on the MERS system. <u>In re Kang Jin Hwang</u>, 396
5  B.R. 757 (Bankr. C.D.Cal 2008). This system is a national electronic registry of mortgage loans
6  established to track ownership and servicing rights in mortgages. <u>Id</u>. at 761. There is also an
7  allonge to the Note indorsing the Note to WMC Mortgage Corp. Therefore, it is not clear to the
8  Court whom the property party in interest is who can file the present Motion.

To enter an appropriate form of order, the Motion must be brought by the proper party in interest, with appropriate allegations to support the relief requested.

Based upon the foregoing,

IT IS ORDERED denying the Motion for Relief from the Automatic Stay without prejudice.

IT IS FURTHER ORDERED directing the Clerk's Office to provide <u>immediate</u> notice of this Order to all interested parties, and  file an affidavit of service thereon

SIGNED AND DATED ABOVE